[No. 35405-5-II. Division Two. January 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY WAYNE STALLINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00902-9, Robert L. Harris, J., entered August 24, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 35418-7-II. Division Two. January 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFREDO WATZON-POZO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-00679-0, Thomas Felnagle, J., entered October 6, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 35604-0-II. Division Two. January 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY HANKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-00183-0, Richard D. Hicks, J., entered November 22, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 24969-7-III. Division Three. January 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JOE GATLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-02437-0, C. James Lust, J., entered February 21, 2006. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.